UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. BREWER,<br><br>　　　　Defendant. | No. 2: 22-cv-1765 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2023, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 11.)

On July 6, 2023, a settlement conference was held. This action did not settle.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted;
2. Defendant Brewer shall file a response to plaintiff's complaint within twenty-one days from the date of this order.

Dated: July 7, 2023

ow1765.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1