IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>  Plaintiff,<br><br>  v.<br><br>A. BREWER,<br><br>  Defendants. | Case No. 2:22-cv-01765-KJN P<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE TIME TO FILE OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION |

Defendant Brewer moved to change the time to file his opposition to Plaintiff's motion for summary judgment. Having read and considered Defendant's motion for administrative relief to change time and the declaration of Defendant's counsel supporting the motion, and for good cause appearing, Defendant's motion (ECF No. 19) is **GRANTED.**

Defendant Brewer may file and serve an opposition to Plaintiff's summary judgment motion on or before February 23, 2024.  Plaintiff may file a reply to defendant's opposition within fourteen days thereafter.

Dated:  January 19, 2024

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Owen1765.eot

1

Order Grant. Def.'s Mot. To Ch. Time (2:22-cv-01765-KJN P)