UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS, | No. 2:22-cv-1765 CSK P |
| Plaintiff, | |
| v. | ORDER |
| A. BREWER, | |
| Defendant. | |

Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are cross-motions for summary judgment.  (ECF Nos. 18, 21.)  For the reasons stated herein, plaintiff and defendant are ordered to file supplemental briefing in support of their oppositions.

Local Rule 260(b) states, in relevant part,

> Any party opposing a motion for summary judgment or summary adjudication shall reproduce the itemized facts in the Statement of Undisputed facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial.  The opposing party may also file a concise "Statement of Disputed Facts," and the source thereof in the record, of all additional material facts as to which there is a genuine issue precluding summary judgment or adjudication.

///

1

1        Both parties filed Statements of Undisputed Facts in support of their summary judgment motions. (ECF Nos. 18-1, 21-1.)  In support of their oppositions, neither party reproduced the itemized facts in the moving party's Statement of Undisputed Facts, as required by Local Rule 260(b).  Instead, both parties filed statements of disputed facts. (ECF Nos. 24, 29-1.) Accordingly, both parties are directed to file a supplemental opposition containing an itemized reproduction of the moving party's Statement of Undisputed Facts, admitting those facts that are undisputed and denying those facts that are disputed, including with each denial a citation to evidence in support of the denial.

         This Court observes that plaintiff's undisputed facts in his Statement of Undisputed Facts are not numbered. (ECF No. 18-1.)  However, plaintiff's undisputed facts are clearly divided into separate paragraphs which defendant may number in his supplemental opposition.  This Court also observes that defendant's statement of disputed facts references some of plaintiff's undisputed facts by page and line number. (ECF No. 24.)  Defendant does not, however, specifically address each of plaintiff's undisputed facts. (Id.)

         Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff and defendant shall file the supplemental briefing in support of their oppositions to the cross-motions for summary judgment, as discussed in this order; the cross-motions for summary judgment will be deemed submitted for decision following receipt of this supplemental briefing.

Dated: May 30, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Owens1765.fb2