1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**OWENS,**

Plaintiff,

v.

**BREWER,**

Defendant.

Case No. 2:22-cv-01765-CSK (PC)

**[PROPOSED] ORDER**

Judge:        The Honorable Chi Soo Kim
Trial Date:   Not Set
Action Filed: October 1, 2022

Plaintiff Owens is proceeding *pro se* and *in forma pauperis* (IFP) in this civil rights action filed pursuant to 28 U.S.C. § 1983.

Under 28 U.S.C. § 1915(a), a person may proceed IFP after they submit an affidavit attesting to all of their assets and a statement that they cannot pay the filing fee.  Additionally, 28 U.S.C. § 1915(e)(2)(A) provides that "notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that the allegation of poverty is untrue."  This provision is intended to discourage abuse of the IFP privilege when an allegation of poverty is untrue.

1   Defendant moved to dismiss this matter, showing that Plaintiff made untrue allegations of
2   poverty in bad faith in his application to proceed IFP.  This Court finds that Plaintiff did
3   misrepresent his financial condition and therefore grants Defendant's motion.

5   Accordingly, it is HEREBY ORDERED that Defendant's motion to dismiss is GRANTED.

8   Dated:

The Honorable Chi Soo Kim
United States Magistrate Judge