UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>          Plaintiff,<br><br>     v.<br><br>A. BREWER, et al.,<br><br>          Defendants. | No. 2:22-cv-1765 CSK P<br><br><br>ORDER |

Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, the pending cross-motions for summary judgment are vacated.

On November 16, 2022, the Court granted plaintiff's application to proceed in forma pauperis and ordered the complaint served on defendant Brewer. (ECF No. 6.) Plaintiff filed a summary judgment motion on January 4, 2024. (ECF No. 18.) Defendant filed a summary judgment motion on February 22, 2024. (ECF No. 21.) On July 1, 2024, defendant filed a motion to dismiss pursuant to 28 U.S.C. § 1915(e)(2)(A), which requires that the court "shall" dismiss case at any time if the court determines that allegation of poverty in application to proceed in forma pauperis is untrue. (ECF No. 37.) Defendant argues that in plaintiff's application to proceed in forma pauperis, plaintiff falsely stated under oath that he had not received any income within twelve months of his application to proceed in forma pauperis despite

the fact that plaintiff received $50,000 in settlement income and had access to those funds.  (Id.) This Court therefore finds that defendant's motion to dismiss must be resolved prior to the Court's consideration of the pending cross-motions for summary judgment.  See 28 U.S.C. § 1915(e)(2)(A).

Accordingly, IT IS HEREBY ORDERED that the pending cross-motions for summary judgment (ECF Nos. 18, 21) are vacated.  Following resolution of defendant's motion to dismiss, if appropriate, these motions will be reinstated.

Dated:  July 8, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Owens1765.vac